**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| AMANDA AMELIA SERRATOS | ) | BANKRUPTCY CASE #22-11224 |
| | ) | Chapter 7 |
| DEBTOR. | ) | |

## MOTION TO TURNOVER PROPERTY

Comes now the Trustee, Yvette Gaff Kleven, and moves the Court for an Order of Turnover, and in support thereof, states the following:

1. This matter commenced by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code on November 10, 2022.

2. Yvette Gaff Kleven was appointed Chapter 7 Trustee.

3. The Trustee requested the Debtor turnover to her bankruptcy estate the following:

    a.   2022 income tax refunds in the amount of $3,984.02;

    b.   Cash apparently held in her possession on the day of filing bankruptcy in the amount of $1,107.00.

4. To date, the Debtor has not paid any of these monies into her bankruptcy estate.

WHEREFORE, Trustee, Yvette Gaff Kleven, prays that the Court issue an Order directing the Debtor to turnover to her bankruptcy estate the following:

    a.   2022 income tax refunds in the amount of $3,984.02;

    b.   Cash apparently held in her possession on the day of filing bankruptcy in the amount of $1,107.00,

and for all other just and proper relief in the premises.

Respectfully submitted,

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
229 West Berry Street, Suite 200
Fort Wayne, Indiana   46802
Telephone:   (260) 407-7077
ygk@ygklevenlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of June, 2023, a true and correct copy of the above and foregoing Motion to Turnover Property was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, USTPRegion10.SO.ECF.usdoj.gov

Scott W. Federspiel, Attorney at Law, GLOYESKILAWFW@HOTMAIL.COM

and was sent via first class United States mail, postage prepaid, to:

Amanda Amelia Serratos, 5123 East State Boulevard, Fort Wayne, IN 46815

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
229 West Berry Street, Suite 200
Fort Wayne, Indiana   46802
Telephone:   (260) 407-7077
ygk@ygklevenlaw.com