United States Bankruptcy Court

Northern District of Indiana

In re:                                                                                          Case No. 22-11224-reg

Amanda Amelia Serratos                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-1                          User: admin                                    Page 1 of 2

Date Rcvd: Nov 06, 2023                Form ID: pdf004                            Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

**Recip ID                    Recipient Name and Address**
db               +   Amanda Amelia Serratos, 5123 East State Boulevard, Fort Wayne, IN 46815-7466

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ^ | MEBN | | |
| | | Nov 07 2023 00:37:37 | Amazon.com, Attn: Payroll, 202 Westlake Ave. N., Seattle, WA 98109-5264 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:**

**Name                               Email Address**

Nancy J. Gargula
                                   USTPRegion10.SO.ECF@usdoj.gov

Scott W. Federspiel
                                   on behalf of Debtor 1 Amanda Amelia Serratos gloyeskilawfw@hotmail.com

Yvette Gaff Kleven
                                   on behalf of Trustee Yvette Gaff Kleven ygk@ygklevenlaw.com  IN41@ecfcbis.com;ygk@trustesolutions.net

District/off: 0755-1                          User: admin                                    Page 2 of 2
Date Rcvd: Nov 06, 2023                       Form ID: pdf004                                Total Noticed: 2

Yvette Gaff Kleven
                    ygk@ygklevenlaw.com  IN41@ecfcbis.com;ygk@trustesolutions.net


TOTAL: 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN THE MATTER OF:                         )
                                          )
AMANDA AMELIA SERRATOS          )          CASE NO.     22-11224
                                          )          Chapter 7
        Debtors                           )          REG/tb
                                          )
AMAZON.COM SERVICES LLC          )
Attn: Amazon Payroll                     )
202 West Lake Ave N                      )
Seattle, WA 98109                        )
        Garnishee-Employer

### ORDER TO APPEAR FOR PROCEEDINGS SUPPLEMENTAL
### AND ORDER TO ANSWER INTERROGATORIES

Trustee's motion for proceedings supplemental is GRANTED.

Debtor, Amanda Amelia Serratos, is **ordered to appear** on **DECEMBER 18, 2023 AT**

**10:20 A.M.**, in Room 2126, Bankruptcy Court Conference Room, E. Ross Adair Federal Building,

1300 South Harrison Street, Fort Wayne, Indiana, to be examined concerning any assets that might

be made available for the satisfaction of Trustee's judgment.  The failure to appear may be

punished as contempt of court.

Following the conclusion of the examination, Trustee shall file a verified report concerning

the proceedings supplemental or any agreed entry the parties prepare.

Further, garnishee-employer, Amazon.com Services LLC, is directed to file answers to the

interrogatories with the clerk of the court no later than seven (7) days prior to the proceedings

supplemental and to serve a copy of the answers on the trustee.  Failure to comply is punishable

by contempt.

        SO ORDERED.

        Dated:  November 6, 2023

                                 /s/ Robert E. Grant
                                Judge, United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF** | ) | |
| | ) | **BANKRUPTCY CASE 22-11224** |
| **AMANDA AMELIA SERRATOS** | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | |
| **AMAZON.COM SERVICES LLC** | ) | |
| **ATTN: AMAZON PAYROLL** | ) | |
| **202 WESTLAKE AVE N** | ) | |
| **SEATTLE, WA 98109** | ) | |
| **GARNISHEE-EMPLOYER** | ) | |

**INTERROGATORIES TO GARNISHEE-EMPLOYER**

Comes now Yvette Gaff Kleven, Trustee, by Counsel, and pursuant to Indiana Trial Rule 69(a) and

33 of the Federal Rules of Civil Procedure, requests that the Garnishee Employer, Amazon.com Services LLC,

answer the following interrogatories as to Amanda Amelia Serratos, on or before seven (7) days prior to the

Proceeding Supplemental hearing scheduled by the Bankruptcy Court.

INTERROGATORY #1:     Is the Debtor in your employ?

ANSWER:


INTERROGATORY #2:     If the Debtor is not in your employ, give the date of the separation.

ANSWER:


INTERROGATORY #3:   If the Debtor is no longer in your employ, do you retain any monies payable

to her?  If yes, how much?

ANSWER:

1

INTERROGATORY #4:   If the Debtor is no longer employed by you, what is the name of the Debtor's current employer?

ANSWER:

INTERROGATORY #5:    If the Debtor is on an hourly pay rate, what is the rate?

ANSWER:

INTERROGATORY #6:    What is the Debtor's normal gross salary?

ANSWER:

INTERROGATORY #7:    Does the Debtor draw or receive any other wages, payments, salary, commissions, rebates, profits or income from you other than those above?  If so, please list.

ANSWER:

INTERROGATORY #8:   At present, are there any garnishments or wage attachments on the Debtor's earnings?  If so, please list the case numbers.

ANSWER:

INTERROGATORY #9:    What are the last four digits of the Debtor's Social Security Number?

ANSWER:

INTERROGATORY #10:    What is the address of the Debtor's residence?

ANSWER:

I affirm under the penalties for perjury that the foregoing representations are true and correct to the

best of my knowledge and belief

DATE:_____                    _____

                                                              _____

                                                              (Printed Name/Title)

                                                              Respectfully submitted,

                                                              /s/ Yvette Gaff Kleven, #8373-02
                                                              Yvette Gaff Kleven, Trustee
                                                              229 West Berry Street, Suite 200
                                                              Fort Wayne, IN 46802
                                                              (260) 407-7077
                                                              ygk@ygklevenlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2023, a true and correct copy of the above and

foregoing Interrogatories To Garnishee Employer was transmitted electronically through the Bankruptcy Court's

ECF System to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov
Scott W. Federspiel, Attorney at Law, GLOYESKILAWFW@HOTMAIL.COM

                                                              /s/ Yvette Gaff Kleven, #8373-02
                                                              Yvette Gaff Kleven, Trustee

3