UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF                              )
                                              )        BANKRUPTCY CASE 22-11224
AMANDA AMELIA SERRATOS                        )                 Chapter 7
            Debtor                            )
                                              )
AMAZON.COM SERVICES LLC                       )
ATTN: AMAZON PAYROLL                          )
202 WEST LAKE AVE N                           )
SEATTLE, WA 98109                             )
                                              )
        GARNISHEE-EMPLOYER                    )

## VERIFIED REPORT TO THE COURT

Comes now the Plaintiff, Yvette Gaff Kleven, Trustee, and hereby reports to the Court as follows:

1. On November 6, 2023, the Court entered an Order requiring Debtor, Amanda Amelia Serratos, to appear for a Proceeding Supplemental hearing on December 18, 2023 at 10:20 a.m. and for Amazon.com Services LLC to answer interrogatories.

2. Trustee appeared. Neither Debtor nor Debtor's counsel appeared.

3. The employer returned Interrogatories confirming that Amanda Amelia Serratos is employed at Amazon.com.

4. Garnishment Order shall be filed separately.

                                    Respectfully submitted,


                                    /s/ Yvette Gaff Kleven, #8373-02
                                    Yvette Gaff Kleven, Trustee
                                    229 West Wayne Street, Suite 200
                                    Fort Wayne, IN 46802
                                    (260) 407-7077
                                    ygk@ygklevenlaw.com

I affirm under penalties of perjury that the above and foregoing is true and correct to the best of my knowledge and belief.

Yvette Gaff Kleven

Respectfully submitted,

By:    /s/ Yvette Gaff Kleven, #8372-02
       Yvette Gaff Kleven, Chapter 7 Trustee
       229 West Berry Street, Suite 200
       Fort Wayne, IN 46802
       (260) 407-7077
       ygk@ygklevenlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 19, 2023, a true and correct copy of the above and foregoing Verified Report to the Court was sent, via first class United States mail, postage prepaid, to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov

Ann Kalb, Attorney at Law, GLOYESKILAWFW@HOTMAIL.COM

and was sent via first class United States mail, postage prepaid, to:

Amanda Amelia Serratos, 5123 East State Boulevard, Fort Wayne, IN 46815

       /s/ Yvette Gaff Kleven, #8372-02
       Yvette Gaff Kleven, Chapter 7 Trustee
       229 West Berry Street, Suite 200
       Fort Wayne, IN 46802
       (260) 407-7077
       ygk@ygklevenlaw.com

2