UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 22-11224 |
| AMANDA AMELIA SERRATOS ) | Chapter 7 |
| Debtor ) | |
| ) | |
| AMAZON.COM SERVICES LLC ) | |
| ATTN: AMAZON PAYROLL ) | |
| 202 WEST LAKE AVE N ) | |
| SEATTLE, WA 98109 ) | |
| ) | |
| GARNISHEE-EMPLOYER ) | |

**GARNISHMENT ORDER**

Plaintiff appears and makes proof of service of notice of hearing upon above Debtor, Amanda Amelia Serratos. Employer, Amazon.com, returned Interrogatory Answers confirming Debtor, Amanda Amelia Serratos, is in their employ. The Court now finds and Orders:

1. That Garnishee Employer withhold from the earnings of the Debtor the lesser of the following sums:

   A. Twenty-five percent (25%) of said earnings after subtracting income taxes and social security withholdings per week; OR

   B. All of said earnings after subtracting income taxes, social security withholdings, and $217.50 [insert thirty (30) times the federal minimum hourly wage per week].

2. That withholding of said amounts shall be continued until the sum of $5,091.02 is paid in full.

3. The Garnishee Employer is ordered to pay to the Trustee the withheld amounts every thirty (30) days. The payments shall be sent to: Yvette Gaff Kleven, Trustee, 229 W. Berry Street, Suite 200, Fort Wayne, IN 46802. Please notate the following on the check: Serratos 22-11224.

4. The Garnishee Defendant is ordered to advise Plaintiff within 30 days of any employee/employer separation.

5. The Clerk of this Court shall have a copy of this order served on the Garnishee Defendant.

DATE:_____        _____

                                                                                                            Judge