UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 22-11224 |
| AMANDA AMELIA SERRATOS ) | Chapter 7 |
| Debtor ) | |
| ) | |
| AMAZON.COM SERVICES, LLC ) | |
| ATTN: AMAZON PAYROLL ) | |
| 202 WEST LAKE AVE N ) | |
| SEATTLE, WA 98109 ) | |
| GARNISHEE-EMPLOYER. ) | |

## MOTION TO SET SHOW CAUSE HEARING

Comes now, Yvette Gaff Kleven, Trustee, by counsel, and hereby moves this Court to set a hearing directing the Garnishee-Employer, Amazon.com Services, LLC, to appear and show cause why they should not be held in contempt of Court and in support thereof states as follows:

1. On December 19, 2023, the Court entered a Garnishment Order directing the Garnishee-Employer to withhold from the earnings of the Debtor, Amanda Amelia Serratos.

2. A copy of the Garnishment Order was served on Garnishee-Employer by the Bankruptcy Noticing Center on or about December 19, 2023.

3. To date, the Garnishee-Employer has failed to send funds to the Trustee, nor has it advised the Trustee of any separation of employment of Amanda Amelia Serratos.

4. A letter was mailed to Garnishee-Employer on March 5, 2024, advising of the non-compliance (copy attached hereto as Exhibit "A"), to which no response has been received.

WHEREFORE, Trustee, Yvette Gaff Kleven, by counsel, requests that this Court enter an Order directing the Garnishee-Employer, Amazon.com Services LLC, to appear and show cause, if any, why they should not be held in contempt of Court for failure to abide by the Court's Garnishment Order of December 19, 2023.

Respectfully submitted,

<u>/s/ Yvette Gaff Kleven, #8372-02</u>
Yvette Gaff Kleven, Chapter 7 Trustee
229 West Berry Street, Suite 200
Fort Wayne, IN 46802
(260) 407-7077
ygk@ygklevenlaw.com


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 10, 2024, a true and correct copy of the above and foregoing Motion to Set Show Cause Hearing was sent, via first class United States mail, postage prepaid, to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov
Ann Kalb, Attorney at Law, akalb@uzelaclaw.com

and was sent via first class United States mail, postage prepaid, to:

Amanda Amelia Serratos, 5123 East State Boulevard, Fort Wayne, IN 46815
Amazon.com Services LLC, Attn: Amazon Payroll, 202 Westlake Ave N., Seattle, WA 98109


<u>/s/ Yvette Gaff Kleven, #8372-02</u>
Yvette Gaff Kleven, Chapter 7 Trustee
229 West Berry Street, Suite 200
Fort Wayne, IN 46802
(260) 407-7077
ygk@ygklevenlaw.com