UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 22-11224 |
| AMANDA AMELIA SERRATOS ) | Chapter 7 |
| Debtor ) | |
| ) | |
| AMAZON.COM SERVICES, LLC ) | |
| ATTN: AMAZON PAYROLL ) | |
| 202 WEST LAKE AVE N ) | |
| SEATTLE, WA 98109 ) | |
| GARNISHEE-EMPLOYER. ) | |

### AMENDED MOTION TO SET SHOW CAUSE HEARING

Comes now, Yvette Gaff Kleven, Trustee, by counsel, and hereby moves this Court to set a hearing directing the Garnishee-Employer, Amazon.com Services, LLC, to appear and show cause why they should not be held in contempt of Court and in support thereof states as follows:

1. On December 19, 2023, the Court entered a Garnishment Order directing the Garnishee-Employer to withhold from the earnings of the Debtor, Amanda Amelia Serratos.

2. A copy of the Garnishment Order was served on Garnishee-Employer by the Bankruptcy Noticing Center on or about December 19, 2023.

3. To date, the Garnishee-Employer has failed to send funds to the Trustee, nor has it advised the Trustee of any separation of employment of Amanda Amelia Serratos.

4. A letter was mailed to Garnishee-Employer on March 5, 2024, advising of the non-compliance (copy attached hereto as Exhibit "A"), to which no response has been received.

WHEREFORE, Trustee, Yvette Gaff Kleven, by counsel, requests that this Court enter an Order directing the Garnishee-Employer, Amazon.com Services LLC, to appear and show cause, if any, why they should not be held in contempt of Court for failure to abide by the Court's Garnishment Order of December 19, 2023.

Respectfully submitted,

/s/ Yvette Gaff Kleven, #8372-02
Yvette Gaff Kleven, Chapter 7 Trustee
229 West Berry Street, Suite 200
Fort Wayne, IN 46802
(260) 407-7077
ygk@ygklevenlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2024, a true and correct copy of the above and foregoing Motion to Set Show Cause Hearing was sent, via first class United States mail, postage prepaid, to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov
Ann Kalb, Attorney at Law, akalb@uzelaclaw.com

and was sent via first class United States mail, postage prepaid, to:

Amanda Amelia Serratos, 5123 East State Boulevard, Fort Wayne, IN 46815
Amazon.com Services LLC, Attn: Amazon Payroll, 202 Westlake Ave N., Seattle, WA 98109

/s/ Yvette Gaff Kleven, #8372-02
Yvette Gaff Kleven, Chapter 7 Trustee
229 West Berry Street, Suite 200
Fort Wayne, IN 46802
(260) 407-7077
ygk@ygklevenlaw.com

# KLEVEN LAW, LLC

**YVETTE GAFF KLEVEN**
also licensed in Illinois

March 5, 2024

Amazon.com Services LLC
Attn: Amazon Payroll
202 West Lake Ave N
Seattle, WA 98109

RE: Amanda Amelia Serratos
Bankruptcy Case #22-11224

To Whom It May Concern:

On December 19, 2023, the Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division issued a Garnishment Order in the above-referenced matter which was forwarded to you. To date, I have received no monies pursuant to that Order. Please explain why no monies have been garnished from Amanda Amelia Serratos. I will expect your answer within 2 weeks.

For your records, I am enclosing a copy of the Garnishment Order.

Yours truly,

Yvette Gaff Kleven
Chapter 7 Trustee

YGK/jss
Enclosure: Garnishment Order

Exhibit "A"

229 West Berry Street, Suite 200
Fort Wayne, IN 46802
Telephone: (260) 407-7077   Facsimile: (260) 407-7137
Email: ygk@ygklevenlaw.com