UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 22-11224 |
| AMANDA AMELIA SERRATOS ) | Chapter 7 |
|     Debtor ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 17, 2024, a true and correct copy of the attached Order Finding Amazon is in Civil Contempt and Notice of Hearing was transmitted electronically through the Bankruptcy Court's ECF System to:

    United States Trustee, USTPRegion10.SO.ECF@usdoj.gov

and was sent via first class United States mail, postage prepaid, to:

    Anita Gloyeski, Attorney at Law, 553 South Buffalo Street, Warsaw, IN 46580
    Amanda Amelia Serratos, 5123 East State Boulevard, Fort Wayne, IN 46815
    Amazon.com Services LLC, Attn: Amazon Payroll, 202 Westlake Ave N., Seattle, WA 98109
    Amazon.com Services LLC, Attn: Highest Ranking Officer, 202 Westlake Ave N., Seattle, WA 98109
    Amazon.com , Attn: Payroll Department, PO Box 81226, Seattle, WA 98108-1226
    Amazon.com, PO Box 80726, Seattle, WA 98108-0463

                                            /s/ Yvette Gaff Kleven, #8373-02
                                            Yvette Gaff Kleven, Chapter 7 Trustee
                                            229 West Berry Street, Suite 200
                                            Fort Wayne, IN 46802
                                            (260) 407-7077
                                            ygk@ygklevenlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AMANDA AMELIA SERRATOS ) | CASE NO.    22-11224 |
| ) | Chapter 7 |
| ) | REG/tb |
| Debtors ) | |

### ORDER FINDING AMAZON IS IN CIVIL CONTEMPT AND NOTICE OF HEARING

Dated on May 15, 2024

A hearing with regard to the issues raised by Trustee's motion to show cause as to the garnishee-employer, Amazon, was held at Fort Wayne, Indiana, on May 13, 2024, with Yvette Kleven, trustee, present.

Amazon.com failed to appear or to respond to the court's order to show cause and is in civil contempt of court. The trustee is entitled to recover the damages associated with Amazon's disobedience up to the total amount due of $5,091.02, together with any interest thereon, and the reasonable attorney fees associated with the motion.

The court will hold a hearing on **JUNE 20, 2024 AT 10:00 A.M.** in Room 2127, Federal Building, 1300 S. Harrison St., Fort Wayne, Indiana to consider the amount the trustee should recover and to receive any evidence with regard thereto.

Trustee shall promptly serve a copy of this order upon the contemnor and its counsel, if known, and make due proof thereof.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court